IN THE CIRCUIT COURT OF PIKE COUNTY, ALABAMA

R.      M          a minor, by and              )
through, her mother and next friend,            )
MARY HOOTEN,                                    )
                                                )                      RECEIVED
        Plaintiffs,                             )
                                                )               2007 AUG 27  A 9: 21
v.                                              )
                                                )            Civil Action No. 07-900054
                                                )                  DEBRA P. HACKETT, CLK.
BRENT G. HAMPTON, an individual,                )                    U.S. DISTRICT COURT
CANNONBALL EXPRESS                              )                   MIDDLE DISTRICT ALA.
TRANSPORTATION, L.L.C.,                         )              2:07-CV-743-MHT
a corporation doing business in                 )
Alabama, SAGAMORE INSURANCE                     )
COMPANY, a corporation doing                    )
business in Alabama,                            )
                                                )
        Defendants.                             )

---

## NOTICE OF REMOVAL

---

TO: PIKE COUNTY CIRCUIT COURT CLERK

PLEASE TAKE NOTICE that Brent G. Hampton and Cannonball Express Transportation,

L.L.C., Defendants in the above-styled action, have this day removed this case to the United

States District Court for the Middle District of Alabama, Northern Division, a copy of which removal

is attached hereto, in the office of the Clerk, in the United States District Court for the Middle

District of Alabama, Northern Division, at Montgomery, Alabama.

DONE this 24th day of August, 2007.


                                                _____
                                                Brett A. Ross (ROS-024)
                                                Chadwick S. Godwin (GOD-012)
                                                Attorneys for Defendants Cannonball Express
                                                and Brent Hampton

OF COUNSEL:

CARR, ALLISON, PUGH, HOWARD,
    OLIVER & SISSON, P.C.
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216
(205) 822-2006
(205) 822-2057 ( Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on the following via U.S. mail, postage prepaid and properly addressed on this the __27th__ day of August, 2007.

A. Patrick Ray, III
Goldberg & Associates, P.C.
505 North 20th Street
325 Financial Center
Birmingham, Alabama 35203

J. Lenn Ryals
Slaten & O'Connor, P.C.
105 Tallapoosa Street
Suite 101
Montgomery, Alabama 36104

OF COUNSEL