IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

RM a minor, by and through Mary Hooten )
)
)
Plaintiff, )
)
v. ) CASE NO. 2:07-CV763-MHT
)
Cannonball Express Transportation, LLC )
)
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Brent G. Hamton, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity | Relationship to Party
--- | ---
Brent G. Hampton | 

8/30/2007
Date

s/Brett A. Ross
(Signature)

Brett A. Ross
(Counsel's Name)

**Brent G. Hampton**
Counsel for (print names of all parties)
100 Vestavia Parkway
Birmingham, AL 35216
Address, City, State Zip Code
(205) 822-2006
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

## CERTIFICATE OF SERVICE

I, Brett A. Ross _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30th day of August 20 07, to:

| | |
|---|---|
| A. Patrick Ray, III | J. Lenn Ryals |
| Goldberg & Associates, P.C. | Slaten & O'Connor, P.C. |
| 505 North 20th Street - 325 Financial Center | 105 Tallapoosa Street - Suite 101 |
| Birmingham, Alabama 35203 | Montgomery, AL 36104 |

8/30/2007
Date

s/Brett A. Ross
Signature