IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| R M a minor, by and through, her mother and next friend, MARY HOOTEN,  Plaintiffs,  v.  BRENT G. HAMPTON, an individual, CANNONBALL EXPRESS TRANSPORTATION, L.L.C., a corporation doing business in Alabama, SAGAMORE INSURANCE COMPANY, a corporation doing business in Alabama,  Defendants. | Civil Action No. 2:07 cv763 - MHT  Removed from the Pike County Circuit Court - CV 2007- 900054 |

## AMENDED NOTICE OF REMOVAL

COME NOW Brent G. Hampton and Cannonball Express Transportation, L.L.C. ("Cannonball Express"), two of the named Defendants in the above-styled matter, and in accordance with the Court's Order and 28 U.S.C. § 1653, file their Amended Notice of Removal and show unto the Court as follows:

1. Plaintiff filed this action in the Circuit Court of Pike County, Alabama, on or about July 31, 2007, as Civil Action No.: CV-2007-900054. On or about August 27, 2007, Defendants Brent G. Hampton and Cannonball Express Transportation, L.L.C., filed a Notice of Removal with this Court. On or about August 31, 2007, the Court entered an Order directing the aforementioned Defendants to amend the Notice of Removal, noting that the allegations contained in the removal were insufficient to invoke this Court's jurisdiction. In particular, this Court noted that the allegations contained in the Notice of Removal must show that the citizenship of each plaintiff is different from that of each defendant, and that the Notice of Removal referenced the "residence" rather than the "citizenship" of plaintiff R.M. and Defendant

Brent G. Hampton.

     2.    Complete diversity exists between the parties named and served in this action. Plaintiff R.M. is a minor, who resides with her mother, Mary Hooten, in Pike County, Alabama. Both Plaintiff R.M. and her mother, Mary Hooten, are citizens of Pike County, Alabama. Defendant Brent Hampton is an adult resident and citizen of the State of Illinois. Defendant Cannonball Express Transportation, L.L.C. is a foreign limited liability company organized and existing under the laws of the State of Nebraska, and its principal place of business is in Omaha, Nebraska. Thus, Cannonball Express is not a citizen of the State of Alabama, but is a citizen of the State of Nebraska for the purposes of diversity jurisdiction. 28 U.S.C. § 1332(c)(1). Defendant Sagamore Insurance Company is a foreign corporation organized and existing under the laws of the State of Indiana, and its principal place of business is located Indianapolis, Indiana. Thus, Sagamore Insurance Company is not a citizen of the State of Alabama, but is a citizen of the State of Indiana for the purposes of diversity jurisdiction. 28 U.S.C. § 1332(c)(1). Counsel for Defendant Sagamore Insurance Company consents to removal and verified the corporate status of Sagamore. Accordingly, diversity jurisdiction is complete. Without waiver of any defenses or objections, including but not limited to, improper service of process, venue, and lack of personal jurisdiction, Defendant submits this Amended Notice of Removal, adopting and incorporating, as if fully stated herein, all other assertions, statements and allegations contained in the original Notice of Removal.

     WHEREFORE, Defendants Brent G. Hampton and Cannonball Express Transportation, L.L.C. respectfully request that the Court refrain from remanding this case and acknowledge the legitimacy of the Amended Notice of Removal filed in accordance with the Court's Order and 28 U.S.C. § 1653.

     /s/ Chad S. Godwin
Brett A. Ross (ASB-6771-O76B)
Chad S. Godwin (ASB-1054-A56G)

Attorneys for Defendants Cannonball Express and Brent G. Hampton

**OF COUNSEL:**

**CARR, ALLISON, PUGH, HOWARD,
    OLIVER & SISSON, P.C.**
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216
(205) 822-2006
(205) 822-2057 ( Facsimile)

## CERTIFICATE OF SERVICE

    I hereby certify that I have this date served a copy of the foregoing pleading upon all counsel of record in this cause by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 31st day of August, 2007:

A. Patrick Ray, III
Goldberg & Associates, P.C.
505 North 20th Street
325 Financial Center
Birmingham, Alabama 35203

J. Lenn Ryals
Slaten & O'Connor, P.C.
105 Tallapoosa Street
Suite 101
Montgomery, Alabama 36104

                                /s/ Chad S. Godwin
                                OF COUNSEL