IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| R. M. a minor, by and through, ) | |
| her mother and next friend, MARY HOOTEN, ) | |
| ) | |
| Plaintiffs, ) | 2:07 cv 763 MHT |
| ) | |
| vs. ) | CV-07-900054 in the |
| ) | Pike County Circuit |
| BRENT G. HAMPTON, an individual, ) | Court |
| CANNONBALL EXPRESS ) | |
| TRANSPORTATION, L.L.C., ) | |
| a corporation doing business in Alabama, ) | |
| SAGAMORE INSURANCE COMPANY, ) | |
| a corporation doing business in Alabama, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S OBJECTION TO REMOVAL AND MOTION TO REMAND TO STATE COURT**

COMES NOW THE PLAINTIFF in the above styled cause and prays this Honorable Court to remand the action to the Pike County Circuit Court. Plaintiff shows the following, to wit:

1. That the amount of damages incurred by the minor plaintiff is $1,994.00.

2. That Plaintiff does not and has not claimed damages in excess of $75,000.

3. That Plaintiff has filed an amended complaint concomitant herewith averring damages of less than $75,000, inclusive of costs, interest, and punitive damages.

4. That since Plaintiff does not claim damages meeting said amount, this Court cannot retain subject matter jurisdiction.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that this action shall be remanded to the Pike County Circuit Court.

s/A. Patrick Ray, III

_____

**A . Patrick Ray, III (RAY 019)**

Goldberg & Associates, P.C.
505 North 20th Street
325 Financial Center
Birmingham, AL  35203
(205) 322-4700

Certificate of Service

I hereby certify that I have served a copy of the foregoing document upon the below listed parties by one of two means:

    a. By electronic filing using the ECF system, or if the party is not an ECF participant;

    b. By placing said document in the United States Mail, postage prepaid and properly addressed.

Done this day, September 12, 2007.

/s/ A. Patrick Ray, III

Brett A Ross, Esq.
Chadwick S. Godwin, Esq.
CARR ALLISON
100 Vestavia Parkway, Suite 200
Birmingham, AL  35216