IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| R. M. a minor, by and through, her mother and next friend, MARY HOOTEN, | ) ) ) |
| Plaintiffs, | ) 2:07 cv 763 MHT ) |
| vs. | ) CV-07-900054 in the ) Pike County Circuit |
| BRENT G. HAMPTON, an individual, CANNONBALL EXPRESS TRANSPORTATION, L.L.C., a corporation doing business in Alabama, SAGAMORE INSURANCE COMPANY, a corporation doing business in Alabama, | ) Court ) ) ) ) ) ) ) |
| Defendants. | ) |

## AMENDED COMPLAINT

COMES NOW THE PLAINTIFF and amends the Complaint filed in the above styled cause to reflect that the *ad damnum* clause demands an amount of $74,999.99 or less, inclusive of interest, costs, punitive damages, uninsured or underinsured motorist benefits, and any other benefit which may accrue or inure to the Plaintiff as a result of the accident forming the basis of this action.

s/A. Patrick Ray, III

_____

**A . Patrick Ray, III (RAY 019)**

Goldberg & Associates, P.C.
505 North 20th Street
325 Financial Center
Birmingham, AL  35203
(205) 322-4700

Certificate of Service

I hereby certify that I have served a copy of the foregoing document upon the below listed parties by one of two means:

    a. By electronic filing using the ECF system, or if the party is not an ECF participant;

    b. By placing said document in the United States Mail, postage prepaid and properly addressed.

Done this day, September 12, 2007.

/s/ A. Patrick Ray, III

Brett A Ross, Esq.
Chadwick S. Godwin, Esq.
CARR ALLISON
100 Vestavia Parkway, Suite 200
Birmingham, AL  35216