IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| R.M., a minor, by and through her mother and next friend Mary Hooten,<br><br>    Plaintiff,<br><br>    v.<br><br>BRENT G. HAMPTON, an individual, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO.<br>)      2:07cv763-MHT<br>)<br>)<br>)<br>)<br>) |

### ORDER

It is ORDERED that the objection and motion to remand (Doc. No. 10) are set for submission, without oral argument, on September 21, 2007, with all briefs due by said date.

DONE, this the 13th day of September, 2007.

          /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**