IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| R.M., a minor, by and through her mother and next friend Mary Hooten, ) ) ) ) | |
| Plaintiff, ) ) | |
| v.    ) ) | CIVIL ACTION NO. 2:07cv763-MHT |
| BRENT G. HAMPTON, an individual, et al., ) ) ) ) | |
| Defendants. ) | |

ORDER

There being no objection, it is ORDERED as follows:

(1) The motion to remand (Doc. No. 10) is granted.

(2) This cause is remanded to the Circuit Court of Pike County, Alabama, because the court lacks jurisdiction.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

DONE, this the 27th day of September, 2007.

                        /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE